## 29304. SELLERS v. BALLARD.

The trial court did not err in remanding the appellant to custody.

*Appeal dismissed. All the Justices concur. Hill, J., disqualified.*

DECIDED JANUARY 7, 1975.

Foster Sellers, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29444. POOLE v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

Albert A. Poole, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29425. ELLIS v. HOPPER.

The trial court did not err in remanding the appellant to custody.